150 A.3d 817

**BELLARD, Darrell**

v.

**STATE of Maryland**

**Pet. Docket No. 421, Sept. Term, 2016**

Court of Appeals of Maryland.

December 2, 2016

Reported below: 229 Md.App. 321, 145 A.3d 61.

Petition for writ of certiorari granted.

■

150 A.3d 817

**BROWN, Damar**

v.

**STATE of Maryland**

**Pet. Docket No. 428, Sept. Term, 2016**

Court of Appeals of Maryland.

December 2, 2016

Opinion of the Court of Special Appeals unreported (No. 1094, Sept. Term, 2015).

Petition for writ of certiorari granted.